Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

# UNITED STATES DISTRICT COURT

2025 JUL 29 AM 9: 18

for the

__US__ District of __Nebraska__   OFFICE OF THE CLERK

_____ Division

Matthew Allan Hall
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

–v–

Please see Attached
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   __8:25CV478__
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendant List

1. Scottsbluff County Detention Center

2. SCDC Seargent Johnson

3. Nebraska Department of Correctional Services

4. Nebraska State Penitentiary

5. N.D.C.S. Seargent Habtu

6. N.D.C.S. Seargent Reisdorff

7. N.D.C.S. Case Manager Hauser

8. N.D.C.S. Case Manager Adair

9. NDCS Case Manager Hill

10. NDCS Case Manager Sherwood

11. NDCS Case Manager Delgado

12. NDCS Lt. Vast

13. NDCS Sgt. Ford

Scottsbluff County Detention Center
Sgt. Johnson
Wrongful Distribution of Medication
Dec-2024 ~ March 2025


Nebraska Department of Corrections Services
Nebraska State Penitentiary
NDCS · Sgt Habtu
NDCS-Sgt Reisdorff
NDCS-Sgt Ford
NDCS-Lt. Vast
NDCS Case Manager - Adair
NDCS Case Manager - Hill
NDCS Case Manager - Hauser
NDCS Case Manager - Sherwood
NDCS Case Manager · Delgado

All of these State Officials are violating
Civil Rights on a daily basis Not to
mention NDCS Policy Each one has
acted under color of State law with
Malicious and Sadistic Intent Which
With this states court's help I Will
Not only show but Prove to the
fullest Intent.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                    Matthew Allan Hall

All other names by which
you have been known:

ID Number                         220037

Current Institution          Nebraska State Penitentary

Address                             PO Box 22800

                                           Lincoln , Nebraska   68542
                                           *City*              *State*              *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint. whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                    Please See Attached

Job or Title *(if known)*

Shield Number

Employer

Address

                                           *City*              *State*              *Zip Code*

☐ Individual capacity        ☐ Official capacity

Defendant No. 2

Name                                    Please See Attached

Job or Title *(if known)*

Shield Number

Employer

Address

                                           *City*              *State*              *Zip Code*

☐ Individual capacity        ☐ Official capacity

The Defendants

1. Scottsbluff County Detention Center
Government Agency
Scottsbluff, Ne. 69361

2. SCDC, Sgt Johnson
Both Individual and official capacity
Scottsbluff County Detention Center
Scottsbluff, Ne. 69361

3. Nebraska State Peritenary
Government Agency
Lincoln, Ne. 68542

4. N.D.C.S. Sgt Habtu
Both Individual and official capacity
Nebraska Department of correctional services
Lincoln, Ne. 68542

5. N.D.C.S. Sgt Reisdorff
Both Individual and official capacity
Nebraska Department of Correctional Services
Lincoln, Ne. 68542

6. N.D.C.S. case manager: Adair
Nebraska Department of correctional services
Official Capacity
Lincoln, Ne 68542

7. N.D.C.S. case manager: Hauser
Nebraska Department of correctional services
Official Capacity
Lincoln, Ne 68542

8. N.D.C.S. case manager: Hill
Nebraska Department of correctional services
Both Individual and official capacity
Lincoln, Ne 68542

9. N.D.C.S. Lt Vast.
Nebraska Department of correctional Services
Both Individual and Official Capacity
Lincoln, Ne. 68042

10. N.D.C.S. Case Manager Sherwood
Nebraska Department of Correctional Services
Official Capacity
Lincoln, Ne 68542

11. NDCS Case Manager Delgado

Nebraska Department of Correctional Services
Official Capacity
Lincoln, Ne. 68542

12. Nebraska State Penitentiary
Nebraska Department of Correctional Services
Lincoln, Ne. 68542

13 NDCS - Sgt. Ford
Nebraska Department of Correctional Services
Official Capacity
Lincoln, Ne. 68542

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name                        Please See Attached

Job or Title *(if known)*

Shield Number

Employer

Address

|      | City | State | Zip Code |
|------|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name                        Please See Attached

Job or Title *(if known)*

Shield Number

Employer

Address

|      | City | State | Zip Code |
|------|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

They are violating policy daily per Special Needs Inmate. Also Violating 42 USC 5 - Medical Care Claim, As well as Policy per substance use disorder 115.09 Also Violating ACA Standards. Per Policy Involving Religion and Basic Hegiene.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

28 USC 2241
42 USC 1997 Prohibition of Retaliation
So Many Policy And laws are being Violated on a Daily Basis

Page 3 of 11

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

In the N.S.P. N.D.C.S. State Facility on multiple Dates that are listed in my complaint Please See Attached

II . D.

1. S.C.D.C. - Acted under color of state law by the distribution of medication improperly.

2. Sgt Johnson - Acted under color of state law by enforcing improper distribution of my medication, as well as the deliberate indifference to my health and safety.

3. N.S.P. - Acted under color of state law by incorrectly enforcing policies and misconduct reports, as well as deliberate indifference to my health.

4. N.D.C.S. Sgt Habtu - Acted under color of state law by acting with malicious and sadistic intent as well as deliberate indifference to my health and safety.

5. N.D.C.S. Sgt Bjesdorff - Acted under color of state law by acting with malicious and sadistic intent as well as deliberate indifference to my health.

6. NDCS case manager Adair - acted under color of state law by his diliberate indifference to my health and safety.

7. N.D.C.S. case manager House· acted under color of state law by her diliberate indifference to my health and Safety.

8. NDCS case manager Hill - acted under Color of State law by his malicious and sadistic intent as well as his diliberate Indifference to my health and Safety.

9. NDCS Lt. Vast - Acted under color of state law by acting with malicious and sadistic intent as well as deliberate indifference to my health and Safety.

10. N.D.C.S Case Manager Sherwood acted under color of State law by his Malicious and Sadistic intent as well as his diliberate Indifference to my Health and Safety,

11. N.D.C.S. Case Manager Delgado acted under color of State law by her Malicious and sadistic intent as well as her diliberate Indifference to my Health and Safety

12. Nebraska Department of Correctional Services acted under color of state law by acting with Malicious and Sadistic Intent as well as deliberate indifference to my health and safety also incorrectly enforcing policies and Mis Conduct reports.

13 N.D.C.S. Sgt. Ford - Acted under color of state law by acting with malicious and Sadistic intent as well as deliberate Indifference to my health and safety as well as openly admitting policy Breaking on a daily basis.

RECEIVED

JUL 2 9 2025

CLERK
U.S. DISTRICT COURT

I am writing this to try to explain all the Claims that
I have against NDCS. Since arriving at NDCS I have
went to several employees and staff pleading for help I have
been reprimanded and punished because of this which is why
I feel like My Civil Rights have been violated. Even
Staff openly admits that Policy is broken on a daily
basis. everything from medical care to basic hygiene
needs are being broken. Since My arrival at NDCS I
have filed numerous inmate requests as well as numerous
grievances. I have been in contact with al Budsmans
office as well as left Messages for the Attorney General's
office. Staff openly admits to these policies being violated
and are aware that this happens I have filed several
Claims in this report and more are happening on a
daily basis. Several Staff members are involved and
are aware of their actions. I have a ton of
evidence to show and prove my claims. I being
a regular citizen with no law experience am
requesting legal representation to help Me Provide
the necessary documents for the Court. I am
looking forward to a response from this US District
Court please forward any questions regarding the
Contents of this package to Me at the following Address
NDCS  Matthew A. Hall #220037
RTC  PO Box 22500                    Matthew A. Hall
Lincoln, Ne. 68542-2800                  7-23-25

Name Matthew Hall
        (First)    (Last)
Number# 220037
Reception & Treatment Center (NDCS)
P.O. Box 22800
Lincoln, NE 68542-2800
Notice this correspondence was mailed from an
institution operated by Nebraska Department
Of Correctional Services. It contents are Uncensored.



RECEIVED

JUL 2 9 2025

CLERK
U.S. DISTRICT COURT

Office of the Clerk
United States District Court
Roman L. Hruska US. Courthouse
111 S. 18th Plaza Suite 1152
Omaha, Ne, 68102-1322

# 1 of 2

Legal Mail

Sensitve — Doc.

Claim #1
Scottsbluff County Jail - Medication was
wrongfully distributed

Claim #2
NDCS Staff Members - acted with
malicious and sadistic intent.

Claim #3
NDCS Staff Members - Continually
Break Policy Set to them by NDCS Policy

Claim #4
NDCS Staff Members - intentionally
Discontinued medication because of
Discriminatory reasons.

Hello,

My name is Matthew Haill, I am writing this letter to bring my concerns to attention. I feel like my civil rights are being violated. I am currently incarcerated at the Nebraska State Penitentary. I am very concerned about my health and safety. I have informed staff of my concerns and was ultimatly reprimanded and punished. I am filing a Medical Care claim to address these concerns. In my complaint i will show deliberate indifference as well as negligence.

Claim # 1

• Scottsbluff County Detention Center
On december 8th I was transported from Weld County, Colorado to scottsbluff county, Nebraska. Upon arrival I spoke with Medical Sgt. Johnson, I was given a urinalisys and was confirmed. I was on a medication that was given daily and would be in need of that

medication. It was also confirmed
that I was on a high dosage
and that this medication has
severe withdrawl effects. for a
period of 5 days, I was unable
to use inmate request services.
for a period of 17 days, I went
without this medication and no
withdrawl protocol was given.
after numerous inmate requests
Sgt. Johnson produced an emergency
prescription. There are instructions
on how to administer medication
which was printed out by Medical
Staff. Instructions clearly say do
not swallow and i was forced
to swallow the crushed medication

Claim # 1

Scottsbluff County

from December to March my medication that was supposed to be given by Specific Direction was ultimately crushed and forced to swallow. Directions for medication that was printed out by Staff Clearly Says do Not Swallow. Also for a period of 17 days Medication was delayed and forestalled. Medication has a severe withdrawl effects and no withdrawl measures where even addressed. Grievence Proccessess where also delayed and forestalled. Medical Attention was denied. Sgt. Johnson is the medical officer. repeated attempts to speak to mr. Johnson were dismissed. an emergency prescription was finally Introduced. all complaints and grievences was evidently dissmissed.

Claim #2

° Nebraska State Penitentary

On March 18th I arrived at NSP. I was housed in 7-B-30. I immediatly went to case managment asking for appropriate housing. I was repeatiatedly Ignored and dissmissed. I went to medical on april 23rd where I again expressed concern's about my housing. I was sent to turnkey. again I was ignored and sent back to my unit. at approximatley 10 AM I went to housing Officer and expressed my concerns I Was Cuffed and Sent to turnkey. Where again I Expressed my concerns. That is when ultimatley I was punished and reprimanded. I recieved the first of 10 mis conduct reports. All of these mis conduct reports are for the same rule infraction. 2-E disobeying an order. where in total they took 560 days of "good time" as well as canteen, phone and room restriction until the end of July. I believe that I am being punished for my disibility.

Hello, my name is matthew allan hall, I am going to try to explain my claims first off vs. scottsbluff county for months I took meds that had specific Directions that was ignored and was forced to take them wrong then upon arrival at NDCS I was taking this same medication and after repeatedly asking for help and pointing out that I was a special needs inmate I was ultimatly taken off this medication and left to Suffer withdrawl symptoms as well as reprimanded and punished several times after pleading for help and writing numerous Kites to medical and mental Health, I have recieved 14 misconduct reports that I feel was unjust and had No reasoning which I will prove In my Case I have Numerous Kites that have been abnored untustly as well as specific direction for taking and distributing my Medication that I was taking for Substance Use disorder Because of this Reason

I was discriminated against and
ultimately forced off of the Medication
for Medication Missuse. With no
evidence of Miss use. I feel that
my civil rights have been Violated
I have lost years of goodtime
as well as all Incentives available
to me. Not to mention My Physical
and Mental Health leading to Severe
PTSD as of now I am a maximum
Custody Inmate at the RTC-SAH
facility. Where I have no options
for Work available to me. I feel
like I have been descriminated
against because of the SubStance
Use disorder. I have Exhausted all
Option With grievance procreedure
and have yet to recieve a Valid
repose on multiple dates and times
with multiple Staff that I plan
to prove to the Court as well as
numerous Kites and Specific directions
for taking the Medication will be
listed as evidence to prove My Claim
Surcerly
Matthew Hall.

4/23/25 - Wednesday

Sgt Riesdorff - was very aggressive mannered, repeatedly called me a check-in, Denied requests for Medical + Mental Health Continues to taunt me and makes other staff members aware of my presence.

4/28/25 - Monday

Sgt Habtu - Daily trips to medical for meds was always aggressive while in 4 point cuffs. Him too repeatedly called me a check-in, Daily taunting as well began and would repeatedly tell me to return to my unit. on

4/29/25 Sgt Habtu would put me in the shower after he would shut off the hot water. "Cold water's good for you" "I take cold showers" Several days of just changing clothes and returning to cell, the Multiple Write-ups/MR's Show the excessive manner of thier Actions 4/29 4/30 5/2 5/2 5/3 5/4 5/5 5/6 the case managers

Mr Hill → Continued the excessive daily taunting by MRs Hauser telling to I had to return to External May/2/25 mr Hill came to my door visually upset and was telling Me I was going to be a Meth user and worthless If I did not return to External. After IR's about thier actions Miss Hauser began coming to my cell telling me to return to External Housing Sometime in may I ultimately returned to External Housing where I was then moved to Maximum Custody I was in suicide watch multiple times leading up to July And have recieved even more Misconduct reports and am now a super max inmate at RTC

where my medication has been discontinued and have yet to be seen by Medical or Mental Health! This is just the surface of my lawsuit, My Civil Rights are being Violated Daily they are acting with Malicious Intent I've Never been So disrespected in my life, I've Went to them Pleading for Help And I've been laughed at reprimanded and punished I've lost over 2 years of good time, I'm asking to be treated Correctly to be diagnosed by a qualified doctor and to be assessed properly also Multiple Issues Regarding Missing Property to Medical Care to Basic Hygiene Rights are being Violated Daily, Even the State Officials Statements are yes so what we do Violate Policy But Who is there to hold us accountable? Please address these Concerns I Look forward to a reply from the Court!

Sincerely

Matthew Hall

C.   What date and approximate time did the events giving rise to your claim(s) occur?

listed in my complaint

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I Was treated with sadistic and malicious Intent due to my mental Health and physical Health, Multiple Officials was Involved all listed in my complaint, Multiple Officials Acted in these circumstances and are listed in my Complaint

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been written up Numerous times which has effected me Mentally as well as my physical Health Being Put into Jeprody I have Yet to be Seen by a doctor, after asking for Months Ive yet to be Seen, after being classed as a special Needs Inmate, I was reprimanded and punished where Ive lost all Oppurtunities for advancement and work to make Money.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting that good time be reinstated as well as my Classification restored. I have lost all Oppurtunities to better myself Being a Maximum custody Inmate also Seeking Monitary Damages from Medical and Mental Health Negligence. I have yet to be Seen for Medical Attention after filling out Numerous Inmate Requests Seeking Medical Attention Have Yet to be Seen.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SCDC
Scottsbluff, Ne 69361
★ NDCS /NSP/RTC
Lincoln, Ne, 68542

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Medical Care Claim

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I have filed multiple grievances through thier electronic grievance proceedure as well as paper grievances

2.    What did you claim in your grievance?

Everything from Mental Health Issues, Medical Issues, Medication Issues and more.

3.    What was the result, if any?

Ineffective, Never Could even got a real response they would Just Close the grievances altegether without a Valid Aunser!

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I have taken Multiple grievances to the Third Step Only to be dissmissed and labeled Invalid.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here:

   I Would have filed more but have found
   the grievance proceedure to be Negative
   and Invalid Way to respond to Incedents

   2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I have mentioned filing a medical care 1983
   Claim Multiple times in grievance proceedure.
   I have filed at least 10 Electronic grievances as well
   as multiple Paper Grievances

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have tried everything to get a Valid
   Responce to my grievances and have yet to See
   a posotive Outcome

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s)    _____
Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
None

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is
    more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.  Parties to the previous lawsuit
       Plaintiff(s) _____
       Defendant(s) _____

   2.  Court *(if federal court, name the district; if state court, name the county and State)*

       _____

   3.  Docket or index number

       _____

   4.  Name of Judge assigned to your case

       _____

   5.  Approximate date of filing lawsuit

       _____

   6.  Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition _____

   7.  What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered
       in your favor?  Was the case appealed?)*

       _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case—related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7-23-25

| | |
|---|---|
| Signature of Plaintiff | *Matthew Allan Hall* |
| Printed Name of Plaintiff | Matthew Allan Hall |
| Prison Identification # | 220037 |
| Prison Address | P.O. Box 22800 |
| | Lincoln, Nebraska 68542-2800 |
| | *City*      *State*      *Zip Code* |

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | *City*      *State*      *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |

RECEIVED

JUL 2 9 2025

CLERK
U.S. DISTRICT COURT

To: your Honor,
my name is matthew allan hall, I am
filing this claim because I feel as if my
Civil Rights are being violated and not
just once but on a daily basis. as
sgt. ford personally stated "Yes, We do
break Policy on a daily basis" I am
trying to bring this to the States Attn
because of this I believe Multiple
Statues Regarding Inmate Care as well
as ACI and Policy according to NDCS
is Continually Violated. I have been
Pleading for help through the Inmate
Request System as well as the grievance
proceedure and cant even be Seen. I
was taking medication that had Severe
Medical Side Effects and was unjustly
removed from it and was left to
Suffer Withdrawl Symptoms I've
Went to Multiple Staff Members
on Multiple Occasions Which I Will
Show With Physical Evidence to be
Ignored, Reprimanded and Punished
for asking for help. Multiple Witnesses
agree to this policy thier own staff Say
That Yes they do break Policy on a
daily Basis. Which I Will Show and Prove





Name Matthew Hall
First          Last
Number# 220037
Reception & Treatment Center (NDCS)
P.O. Box 22800
Lincoln, NE 68542-2800
Notice this correspondence was mailed from an
institution operated by Nebraska Department
Of Correctional Services. It contents are Uncensored.

**RECEIVED**

JUL 2 9 2025

CLERK
U.S. DISTRICT COURT

Office of the Clerk
United States District Court
Roman L. Hruska US. Courthouse
111 S. 18th Plaza Suite 1152
Omaha, Ne. 68102-1322

# 1 of 2



Legal Mail

Sensitve — Doc.