FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 JUL 29 AM 9:18

OFFICE OF THE CLERK

Us District Court of Nebraska

Matthew Hall, Plaintiff

vs.

(NDCS.,) Defendant
(NSP-SCDC)

Case No. 8:25CV478

Motion for Appointment of Counsel

Comes now the Plaintiff Matthew Hall and moves the court to appoint counsel to prosecute for the reason that he intends to claim.

Dated this day of July 23rd 2025

Matthew Hall, Plaintiff

Matthew Hall